SD IA-201 (11/02)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE ) | |
| ) | CHAPTER 7 |
| KENNARD P. KLING ) | CASE NO. 18-02154-ALS7 |
| ) | |
| ) | NOTICE OF INTENT TO SELL PROPERTY |
| ) | AND BAR DATE NOTICE |
| ) | |
| Debtor ) | DATED: October 15, 2018 |

    The undersigned Trustee of the estate of the debtor named above, subject to objection under Federal Rules of Bankruptcy Procedure, Rules 6004(b) & 9014, will sell the following property of the estate:

**Debtor's non-exempt equity in;**

- **2006 Lowe Fishing Boat**
- **2007 Playcraft Pontoon**
- **2012 Harley Davidson Tri-Glide**
- **1294 Timber Ridge, Sunrise Beach, MO**

to the following purchaser:        **Debtor Kennard P. Kling**

for the following consideration:        **$25,000.00**

    NOTICE IS HEREBY GIVEN, any objections thereto must be served on the undersigned Trustee at the address listed below; the United States Trustee at 210 Walnut Street, Room 793, Des Moines, Iowa 50309-2108; the debtor(s) and debtor(s)' counsel.  Any objection must be filed with the Clerk of Bankruptcy Court at P.O. Box 9264, Des Moines, Iowa 50306-9264 within 21 days of the date of this notice and report.

    /s/ Wesley B. Huisinga
WESLEY B. HUISINGA, #IS9999360
115 Third Street, SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA  52406-2107
E-mail: wbh@shuttleworthlaw.com

.