# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Kennard P Kling | § | Case No. 18-02154 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/28/2018. The undersigned trustee was appointed on 09/28/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     25,000.00

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 68.28 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 24,931.72 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/18/2019 and the deadline for filing governmental claims was 03/27/2019 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,250.00 , for a total compensation of $ 3,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 71.80 , for total expenses of $ 71.80 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2019     By:/s/WESLEY B. HUISINGA
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-02154 | ALS | Judge: | Anita L Shodeen | Trustee Name: | WESLEY B. HUISINGA |
|---|---|---|---|---|---|---|
| Case Name: | Kennard P Kling | | | | Date Filed (f) or Converted (c): | 09/28/2018 (f) |
| | | | | | 341(a) Meeting Date: | 10/23/2018 |
| For Period Ending: | 04/29/2019 | | | | Claims Bar Date: | 04/18/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2220 230Th St. Washington Ia 52353-0000 Washington | 230,300.00 | 230,300.00 | | 0.00 | FA |
| 2. 1294 Timber Ridge Sunrise Beach Mo 65079-0000 Camden | 121,410.00 | 4,410.00 | | 3,874.00 | FA |
| 3. 2011 Ford Super Duty Mileage: 167000 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 4. 1999 Harley Electra Glide Mileage: 35,000 | 4,690.00 | 4,690.00 | | 0.00 | FA |
| 5. 2003 Harley Fatboy Mileage: 6,000 | 5,430.00 | 5,430.00 | | 0.00 | FA |
| 6. 2003 Pontiac Grand Prix Mileage: 90000 Spouse's Car Location: 2220 - 230Th St., Washington Ia 52353 | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 7. 2012 Harley Triglide | 20,000.00 | 11,090.00 | | 9,725.00 | FA |
| 8. 2007 Playcraft Pontoon | 7,000.00 | 7,000.00 | | 6,139.00 | FA |
| 9. 2006 Lowe | 6,000.00 | 6,000.00 | | 5,262.00 | FA |
| 10. Debtor Has One-Half Interest In Necessary Furnishings For Two Story Home; I.E., Beds, Tables, Lamps, Chairs, Etc.; Appliances, All Held For Family Use. | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. Debtor Has One-Half Interest In Three Tvs Location: 2220 - 230Th St., Washington Ia 52353 | 150.00 | 0.00 | | 0.00 | FA |
| 12. Golf Clubs Location: 2220 - 230Th St., Washington Ia 52353 | 100.00 | 0.00 | | 0.00 | FA |
| 13. Drum Set Location: 2220 - 230Th St., Washington Ia 52353 | 75.00 | 0.00 | | 0.00 | FA |
| 14. Ruger 9 Mm Location: 2220 - 230Th St., Washington Ia 52353 | 250.00 | 0.00 | | 0.00 | FA |
| 15. Beretta 12 Guage Location: 2220 - 230Th St., Washington Ia 52353 | 250.00 | 0.00 | | 0.00 | FA |
| 16. Remington .30-06 Location: 2220 - 230Th St., Washington Ia 52353 | 150.00 | 0.00 | | 0.00 | FA |
| 17. Remington 870 12 Gauge Location: 2220 - 230Th St., Washington Ia 52353 | 50.00 | 0.00 | | 0.00 | FA |
| 18. Federation Bank | 200.00 | 0.00 | | 0.00 | FA |
| 19. Federation Bank | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 18-02154 | ALS | Judge: | Anita L Shodeen | | Trustee Name: | WESLEY B. HUISINGA |
| Case Name: | Kennard P Kling | | | | | Date Filed (f) or Converted (c): | 09/28/2018 (f) |
| | | | | | | 341(a) Meeting Date: | 10/23/2018 |
| For Period Ending: | 04/29/2019 | | | | | Claims Bar Date: | 04/18/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. 2017 Tax Refunds Received And Spent Federal And State | 0.00 | 0.00 | | 0.00 | FA |
| 21. Commission - Seed Sale | 7,500.00 | 0.00 | | 0.00 | FA |
| 22. Life Insurance (? Company) | 0.00 | 0.00 | | 0.00 | FA |
| 23. Toyota Fork Lift | 3,000.00 | 0.00 | | 0.00 | FA |
| 24. Copy Machine | 50.00 | 0.00 | | 0.00 | FA |
| 25. Tools Location: 2220 - 230Th St., Washington Ia 52353 | 75.00 | 0.00 | | 0.00 | FA |
| 26. 2008 John Deere Gator Location: 2220 - 230Th St., Washington Ia 52353 | 4,950.00 | 0.00 | | 0.00 | FA |
| 27. 2007 Featherlite Trailer Location: 2220 - 230Th St., Washington Ia 52353 | 2,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| TOTALS (Excluding Unknown Values) | $432,630.00 | $284,420.00 | | $25,000.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #   2   --   sale approved per notice of sale filed 10/15/18 (docket 11)
RE PROP #   7   --   sale approved per notice of sale filed 10/15/18 (docket 11)
RE PROP #   8   --   sale approved per notice of sale filed 10/15/18 (docket 11)
RE PROP #   9   --   sale approved per notice of sale filed 10/15/18 (docket 11)

Initial Projected Date of Final Report (TFR): 07/15/2019        Current Projected Date of Final Report (TFR): 05/10/2019

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-02154
Case Name: Kennard P Kling
Taxpayer ID No: XX-XXX5512
For Period Ending: 04/29/2019

Trustee Name: WESLEY B. HUISINGA
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8473 Checking
Blanket Bond (per case limit): $12,150.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/18 | | Kennard P. Kling Washington, IA | Purchase of items listed in sale Notice filed 10/15/18 | | $25,000.00 | | $25,000.00 |
| | | | Gross Receipts $25,000.00 | | | | |
| | 2 | | 1294 Timber Ridge Sunrise Beach Mo 65079-0000 Camden $3,874.00 | 1129-000 | | | |
| | 7 | | 2012 Harley Triglide $9,725.00 | 1129-000 | | | |
| | 8 | | 2007 Playcraft Pontoon $6,139.00 | 1129-000 | | | |
| | 9 | | 2006 Lowe $5,262.00 | 1129-000 | | | |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.16 | $24,968.84 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.12 | $24,931.72 |
| 02/07/19 | | Transfer to Acct # xxxxx0107 | Transfer of Funds | 9999-000 | | $24,931.72 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | | $0.00 | $24,931.72 |
| Subtotal | | $25,000.00 | $68.28 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $25,000.00 | $68.28 |

Page Subtotals: $25,000.00 $25,000.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-02154
Case Name: Kennard P Kling
Taxpayer ID No: XX-XXX5512
For Period Ending: 04/29/2019

Trustee Name: WESLEY B. HUISINGA
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0107 Checking
Blanket Bond (per case limit): $12,150.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/19 | | Transfer from Acct # xxxxx8473 | Transfer of Funds | 9999-000 | $24,931.72 | | $24,931.72 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $24,931.72 | $0.00 |
| Less: Bank Transfers/CD's | | $24,931.72 | $0.00 |
| Subtotal | | $0.00 | $0.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $0.00 |

Page Subtotals: $24,931.72  $0.00

Page: 3

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXXX0107 - Checking | $0.00 | $0.00 | $24,931.72 |
| XXXXXXX8473 - Checking | $25,000.00 | $68.28 | $0.00 |
| | $25,000.00 | $68.28 | $24,931.72 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: $0.00
Total Net Deposits: $25,000.00
Total Gross Receipts: $25,000.00

Page Subtotals: $0.00　$0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-02154-ALS7  
Debtor Name: Kennard P Kling  
Claims Bar Date: 4/18/2019

Date: April 29, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | WESLEY B. HUISINGA<br>115 THIRD STREET S.E., SUITE 500<br>CEDAR RAPIDS, IA 52406-2107 | Administrative | | $0.00 | $3,250.00 | $3,250.00 |
| 100 2200 | WESLEY B. HUISINGA<br>115 THIRD STREET S.E., SUITE 500<br>CEDAR RAPIDS, IA 52406-2107 | Administrative | | $0.00 | $71.80 | $71.80 |
| 1 350 7200 | Pfister Seeds, Llc<br>C/O Blitt And Gaines, P.C.<br>2536 73Rd Street<br>Des Moines, Ia 50322 | Unsecured | | $0.00 | $767,150.51 | $767,150.51 |
| 2 350 7200 | Channel Bio<br>Monsanto Co<br>Sharon Hernandez-B2nb<br>800 N Lindbergh Blvd<br>St Louis, Mo 63167 | Unsecured | | $0.00 | $1,089,573.62 | $1,089,573.62 |
| | Case Totals | | | $0.00 | $1,860,045.93 | $1,860,045.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-02154
Case Name: Kennard P Kling
Trustee Name: WESLEY B. HUISINGA

Balance on hand $ 24,931.72

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: WESLEY B. HUISINGA | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: WESLEY B. HUISINGA | $ 71.80 | $ 0.00 | $ 71.80 |

Total to be paid for chapter 7 administrative expenses    $ 3,321.80
Remaining Balance    $ 21,609.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 1,856,724.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.2 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pfister Seeds, Llc | $ 767,150.51 | $ 0.00 | $ 8,928.66 |
| 2 | Channel Bio | $ 1,089,573.62 | $ 0.00 | $ 12,681.26 |
| | Total to be paid to tardy general unsecured creditors | | | $ 21,609.92 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE