UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| Kennard P Kling | § | Case No. 18-02154 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that WESLEY B. HUISINGA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
110 East Court Ave
Suite 300
Des Moines, IA 50309

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2019        By: /s/ WESLEY B. HUISINGA
                                              Trustee

WESLEY B. HUISINGA
115 THIRD STREET S.E., SUITE 500
P O BOX 2107
CEDAR RAPIDS, IA  52406-2107

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

In Re: §
§
§
Kennard P Kling § Case No. 18-02154
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 25,000.00 |
| and approved disbursements of | $ 68.28 |
| leaving a balance on hand of[1] | $ 24,931.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: WESLEY B. HUISINGA | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: WESLEY B. HUISINGA | $ 71.80 | $ 0.00 | $ 71.80 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,321.80 |
| Remaining Balance | | | $ 21,609.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

NONE

      Tardily filed claims of general (unsecured) creditors totaling $ 1,856,724.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.2 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pfister Seeds, Llc | $ 767,150.51 | $ 0.00 | $ 8,928.66 |
| 2 | Channel Bio | $ 1,089,573.62 | $ 0.00 | $ 12,681.26 |
| | Total to be paid to tardy general unsecured creditors | | $ | 21,609.92 |
| | Remaining Balance | | $ | 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ WESLEY B. HUISINGA
Trustee

*WESLEY B. HUISINGA*
*115 THIRD STREET S.E., SUITE 500*
*P O BOX 2107*
*CEDAR RAPIDS, IA 52406-2107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| KENNARD P KLING | ) | Case No. 18-02154-ALS7 |
| | ) | |
| Debtor | ) | CERTIFICATE OF SERVICE |
| | ) | |

The undersigned hereby certifies that a copy of the Notice of Trustee's Final Report and Proposed Distribution was served by regular first class mail, postage prepaid, to all parties on the matrix on May 8, 2019.

/s/ Brandy Wood
Brandy Wood
Assistant to Wesley B. Huisinga,
Chapter 7 Bankruptcy Trustee

```
Label Matrix for local noticing        Channel Bio LLC                      Pfister Seeds LLC
0863-3                                  c/o Christopher L. Low               201 Knollwood Drive, Suite A
Case 18-02154-als7                      2536 73rd St.                        Champaign, IL 61820-2067
Southern District of Iowa               Des Moines, IA 50322-4700
Davenport
Mon Apr 29 13:10:01 CDT 2019

Wells Fargo Bank NA                     Davenport                            Channel Bio
c/o Southlaw PC                         110 E. Court Ave.                    Monsanto Co
13160 Foster Street, Ste 100            Suite 300                            Sharon Hernandez-B2NB
Overland Park, KS 66213-2848            Des Moines, IA 50309-2044            800 N Lindbergh Blvd
                                                                             St Louis, MO 63167-1000


Channel Bio, LLC                        Christopher L. Low                   Christopher L. Low
PO Box 204092                           2536 73rd St                         2536 73rd St.
Dallas, TX 75320-4092                   Des Moines, IA 50322-4700            Urbandale, IA 50322-4700


Cindy A. Kling                          Gabeline Trucking Corporation        NuTech Seed
2220 230th St.                          25900 205th Ave.                     2321 North Loop Dr., Suite 120
Washington, IA 52353-9270               Yarmouth, IA 52660-9708              Ames, IA 50010-8218


Pfister Seeds, LLC                      Progreesive Seed Service             Rodger M. Turbak
c/o Blitt and Gaines, P.C.              2361 220th St.                       13160 Foster Street, Suite 100
2536 73rd Street                        Washington, IA 52353-9238            Overland Park, KS 66213-2848
Des Moines, IA 50322-4700


Seterus                                 Tom Wide                             United States Trustee
PO Box 1077                             2361 - 220th St.                     Federal Bldg, Room 793
Hartford, CT 06143-1077                 Washington, IA 52353-9238            210 Walnut Street
                                                                             Des Moines, IA 50309-2115


Washington State Bank                   Wells Fargo Bank, N.A.               Kennard P Kling
121 S. Marion Ave.                      PO Box 9343                          2220 - 230th St.
P O Box 311                             Des Moines, IA 50306-9343            Washington, IA 52353-9270
Washington, IA 52353-0311


Robert G Schlegel                       Wesley B Huisinga
112 South Ave B                         115 3rd St SE, Ste 500
PO Box 929                              PO Box 2107
Washington, IA 52353-0929               Cedar Rapids, IA 52406-2107
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Federal National Mortgage Association (   (d)Pfister Seeds LLC                 End of Label Matrix
                                              201 Knollwood Drive Suite A          Mailable recipients    22
                                              Champaign, IL 61820-2067             Bypassed recipients     2
                                                                                   Total                  24
```